IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**CITIBANK (SOUTH DAKOTA) N.A.**                                                                 **Plaintiff**

**v.**

                                                                                          **Cause No. 3:06mc21-JCS**

**JOSEPH L. MATTURRI, JR.**                                                              **Defendant**

**and**

**HANCOCK BANK**                                                              **Garnishee - Defendant**

## ORDER OF DISMISSAL OF GARNISHMENT WITHOUT PREJUDICE

THIS DAY this cause, having come on for hearing on the *ore tenus* motion of the Plaintiff, by and through its attorney of record, to dismiss a garnishment without prejudice issued against Hancock Bank. This Court does find that said Motion is well-taken and should be, and is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the garnishment issued against Hancock Bank should be and is hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED, this 4th day of April, 2007.

/s/ James C. Sumner
UNITES STATE S MAGISTRATE JUDGE

PREPARED BY:

_____
John S. Simpson MSB # 8525
Michele C. Arnold MSB # 10643
McKay Simpson
Lawler Franklin & Foreman, PLLC
P.O. Box 2488
Ridgeland, MS 39158-2488
(601) 572-8778

J.T. Noblin; Clerk
United States District Court
Southern District of Mississippi
245 East Capitol Street, Suite 316
Jackson, Mississippi  39201